HANNAH C. CARLSON, Appellant, v. FRANZ O. JOHNSON, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the

Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.